**Motion Granted; Appeal Dismissed and Memorandum Opinion filed September 5, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00919-CV

---

### GENERAL MOTORS, LLC, Appellant

### V.

### LESLEY MACLEAN AND WILLIAM MACLEAN, Appellee

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2023-20955**

### MEMORANDUM OPINION

This is an appeal from an order signed November 7, 2023. On August 12, 2024, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We reinstate and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan